IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHON OLNEY REEP,

        Petitioner,                      No. 2:11-cv-2892 DAD (HC)

    vs.

SUPERIOR COURT OF TEHAMA
COUNTY, et al.,

        Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        By order filed November 18, 2011, the original petition was dismissed with leave to file an amended petition that named the proper respondent and was properly signed by petitioner. On November 28, 2011, petitioner filed a request for leave to amend his original petition to add an exhibit thereto. By this request, petitioner seeks leave of court to file a copy of a petition for writ of habeas corpus which he filed with the California Supreme Court in order to demonstrate his exhaustion of his habeas claims in state court.

        Pursuant to the court's November 18, 2011 order, petitioner must file an amended petition in order to proceed with this action. Petitioner's November 21, 2011 request will be granted and the state habeas corpus petition submitted therewith filed as an exhibit in this action.

However, petitioner is cautioned that failure to file an amended federal habeas corpus petition in accordance with this court's November 18, 2011 order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's November 21, 2011 request to file a copy of his California Supreme Court habeas corpus petition as an exhibit in this action is granted.

DATED: December 7, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
reep2892.exh

2