IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN OLNEY REEP,

    Petitioner,                    No. 2:11-cv-2892 GEB DAD (HC)

    vs.

WARDEN K. ALLISON,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed December 22, 2011, the court ordered respondent to file, within sixty days from the date of the order, a response to petitioner's amended petition. On January 9, 2012, petitioner filed a second amended petition. On February 14, 2012, respondent filed a request for an extension of time to respond to the first amended petition.

        After review of the record, and good cause appearing, this action will proceed on petitioner's second amended petition. Respondent will be granted a period of forty-five days from the date of this order to file and serve a response to the second amended petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1. This action shall proceed on the second amended petition filed January 9, 2012 (Doc. No. 14);

2. Respondent is granted forty-five days from the date of this order in which to file and serve a response to the second amended petition. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the second amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

4. If the response to the second amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: February 15, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
reep2892.o